# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3246
_____

STATE OF FLORIDA,

Appellant,

v.

ARTAVIS JAMAR MALLARY,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ashley B. Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellant.

No appearance, for Appellee.